UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | | |
|---|---|---|---|
| DERWOOD STEWART, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | 4:10-CV-31 | |
| v. | ) | *Lee* | |
| | ) | | |
| FEDERAL CROP INSURANCE | ) | | |
| CORPORATION, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **O R D E R**

On September 13, 2011 it was reported that this case was settled. Unless a stipulation of dismissal is submitted prior to December 13, 2011, it is **ORDERED** that all counsel shall appear in person before the undersigned United States Magistrate Judge on **December 13, 2011 at 10:00 a.m.**, for a conference with regard to the status of the settlement. In the event a stipulation of dismissal is submitted prior to December 13, 2011, the status conference will be cancelled.

**SO ORDERED.**

**ENTER:**

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE