UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| DERWOOD STEWART d/b/a, <br> STERWART'S NURSERY AND FARM <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL CROP INSURANCE <br> CORPORATION; RISK MANAGEMENT <br> AGENCY; UNITED STATES DEPARTMENT <br> OF AGRICULTURE; AND RURAL <br> COMMUNITY INSURANCE SERVICES, <br><br> Defendants. | Case No.: 4:10-CV-31 <br><br> Magistrate Judge Susan K. Lee |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Derwood Stewart, and Defendant, the United States of America, on behalf of its agency the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture, the Risk Management Agency, also an agency of the United States Department of Agriculture, and the United States Department of Agriculture, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, hereby stipulate that all matters in controversy between such parties have been settled, that the Plaintiff has executed a release of liability of such Defendants and that the above-styled action shall be dismissed with prejudice, as to all parties, including Rural Community Insurance Services, upon the filing of this stipulation with the Clerk of the Court pursuant to Rule 41 (a)(1), Federal Rules of Civil Procedure, with each party to bear its own costs.

Respectfully submitted this 20th day of December, 2011.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| | WILLIAM C. KILLIAN<br>United States Attorney |
| /s/ Michael D. Galligan<br>MICHAEL D. GALLIGAN<br>Galligan & Newman<br>P. O. Box 289<br>McMinnville, TN 37111<br>931-473-8405<br>mgalligan@galligannewmanlaw.com | /s/ M. Kent Anderson<br>M. KENT ANDERSON (BPR# 004199)<br>Assistant United States Attorney<br>1110 Market Street, Suite 301<br>Chattanooga, TN 37402<br>Kent.Anderson@usdoj.gov<br>(423) 752-5140 |

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2011, a copy of the foregoing Stipulation for Dismissal with Prejudice was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*s/M. Kent Anderson*
M. KENT ANDERSON
Assistant United States Attorney